**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| | § |
| | § |
| **In re** Kia Hyundai Vehicle Theft Litigation | § MDL No. 3052 |
| | § |
| | § |

**DEFENDANTS' MOTION TO MODIFY BRIEFING SCHEDULE IN RESPONSE TO
MCNERNEY PLAINTIFFS' MOTION FOR TRANSFER AND CONSOLIDATION OF
RELATED ACTIONS IN THE CENTRAL DISTRICT OF CALIFORNIA
UNDER 28 U.S.C. § 1407**

**SCHEDULE OF ACTIONS**[1]

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Cynthia Yeghiaian and Jeff Plaza, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | C.D. California | 8:22-cv-01440 | Hon. David O. Carter |
| **Plaintiffs:**<br>Katelyn McNerney, Sherry Mason, Camri Nelson, Cameron Cunningham, and Allison Brown, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., and Hyundai Motor America | C.D. California | 8:22-cv-01548 | Hon. Cormac J. Carney |
| **Plaintiffs:**<br>Mitchell Cohen, Pauline Ragsdale, and | C.D. California | 8:22-cv-01664 | Hon. David O. Carter |

---

[1] A copy of each action's docket sheet and complaint (as publicly filed and without exhibits) is attached as Exhibits 1 through 23.

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Herbert Taylor, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Kia Corporation, Hyundai Motor America, and Hyundai Motor Company | | | |
| **Plaintiffs:**<br>Miyoshi Morrow, Tracy Spradlin, and Rachel Perry, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Hyundai Motor America and Kia America, Inc. | C.D. California | 8:22-cv-01674 | Hon. David O. Carter |
| **Plaintiffs:**<br>Monique E. Baker and Stephen L. DesJardins, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | C.D. California | 8:22-cv-01712 | TBD |
| **Plaintiff:**<br>Heather Jones, on behalf of herself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | D. Colorado | 1:22-cv-02123 | Hon. Nina Y. Wang |
| **Plaintiff:**<br>Jennifer Fisher, on behalf of herself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc. and Hyundai Motor America | D. Colorado | 1:22-cv-02367 | Hon. Nina Y. Wang |
| **Plaintiffs:**<br>Joanna Pue and Shannon Kozmic, on behalf of themselves and all others similarly situated | M.D. Florida | 6:22-cv-01440 | Hon. Paul G. Byron |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | | | |
| **Plaintiffs:**<br>Erica Loburgio, Anthony Loburgio, Michael Flannagan, and Jessica Mitchell, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | N.D. Illinois | 1:22-cv-04071 | Hon. John J. Tharp, Jr. |
| **Plaintiffs:**<br>Ann Brady and Leah Price, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | S.D. Iowa | 4:22-cv-00252 | Hon. Stephanie M. Rose |
| **Plaintiffs:**<br>Charles Simmons, Dale Denney, and Charles Cole, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, Hyundai Kia America Technical Center, Inc. | D. Kansas | 2:22-cv-02288 | Hon. Holly L. Teeter |
| **Plaintiff:**<br>Rita Day, on behalf of herself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | E.D. Kentucky | 5:22-cv-00202 | Hon. Karen K. Caldwell |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Casey DeKam, Jason Hendrix, and Ryan Beaulieu, on behalf of themselves and all others similarly situated<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | E.D. Michigan | 2:22-cv-12198 | Hon. Paul D. Borman |
| **Plaintiff:** Steve Zanmiller, on behalf of himself and all others similarly situated<br><br>**Defendants:** Kia America, Inc. and Hyundai America Technical Center, Inc. | D. Minnesota | 0:22-cv-02149 | Hon. Patrick J. Schiltz |
| **Plaintiff:** LaShaun Johnson, on behalf of himself and all others similarly situated<br><br>**Defendants:** Kia America, Inc. and Hyundai Motor America | D. Minnesota | 0:22-cv-02164 | Hon. Eric C. Tostrud |
| **Plaintiffs:** Brian Bendorf and Sara Bendorf, on behalf of themselves and all others similarly situated<br><br>**Defendants:** Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | W.D. Missouri | 4:22-cv-00465 | Hon. Roseann Ketchmark |
| **Plaintiff:** Cobi Bissell, on behalf of himself and all others similarly situated<br><br>**Defendants:** Hyundai Motor America Corporation and Kia America, Inc. | W.D. Missouri | 4:22-cv-00548 | Hon. Brian C. Wimes |
| **Plaintiff:** Amber Hall, on behalf of herself and all | D. Nebraska | 4:22-cv-03155 | Hon. John M. Gerrard |

4

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | | | |
| **Plaintiff:**<br>Stacie Moon, on behalf of herself and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | S.D. New York | 1:22-cv-07433 | Hon. J. Paul Oetken |
| **Plaintiffs:**<br>Jo Taylor Slovak, Daniel Newman, and Erin Davies, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, Kia Corporation, and Hyundai Motor Company | N.D. Ohio | 3:22-cv-01432 | Hon. James G. Carr |
| **Plaintiffs:**<br>Miriam Fruhling, Roger Mason, and Jade Burke, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | S.D. Ohio | 1:22-cv-00451 | Hon. Douglas R. Cole |
| **Plaintiffs:**<br>Jon Bodie and Albert Lui, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | S.D. Texas | 4:22-cv-02603 | Hon. David Hittner |

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Stefanie Marvin, Katherine Wargin, Chaid Przybelski, Chad Just, Amy Flasch, and Lydia Davis, on behalf of themselves and all others similarly situated<br><br>**Defendants:**<br>Kia America, Inc., Hyundai Motor America, and Hyundai Kia America Technical Center, Inc. | E.D. Wisconsin | 2:21-cv-01146 | Hon. Pamela Pepper |